# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>　　　　　　Reorganized Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>　　　　　　Plaintiff,<br>　　v.<br>AMI MORTON FABRICATION, LLC,<br>　　　　　　Defendant. | Adv. No. 14-50979 (BLS) |

## JUDGMENT AGAINST AMI MORTON FABRICATION, LLC

In accordance with the *Order Regarding Memorandum Orders* [Adv. D.I. 76] entered on February 6, 2019 in the above-captioned adversary proceeding (the "Adversary Proceeding"), which provides (among other things) that this Court shall enter final judgment in the Adversary Proceeding in favor of Plaintiff Fred C. Caruso, in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust, and against Defendant AMI Morton Fabrication, LLC, if the United States District Court for the District of Delaware ("District Court") adopts this Court's proposed findings of fact and conclusions of law in *Caruso v. Scott Hofmeister*, Case Nos. 18-00207 and 18-00208 (CFC) (D. Del.) ("Scott Hofmeister Actions"); and the District

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

Court having adopted this Court's proposed findings of fact and conclusions of law in the Scott Hofmeister Actions,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered against Defendant AMI Morton Fabrication, LLC and in favor of Plaintiff Fred C. Caruso, in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust, in the total principal amount of $180,000.00 ("Principal Amount") with respect to the First Claim for Relief set forth in the complaint [Adv. D.I. 1] filed in the Adversary Proceeding.

2. Post-judgment interest on the Principal Amount shall accrue and be payable by Defendant AMI Morton Fabrication, LLC to Plaintiff Fred C. Caruso, in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust, at the prevailing federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment to the date the Principal Amount is paid in full.

3. Pursuant to the *Order Regarding Memorandum Orders* [Adv. D.I. 76] entered on February 6, 2019 in the Adversary Proceeding, Defendant AMI Morton Fabrication, LLC has consented to entry of this Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of this Judgment.

**Dated: January 27th, 2021 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**